No. 25-50770

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Alicia Jasmin **GONZALEZ MALDONADO**, individually and as personal representative of the Estate of Jose Rafael Roman Rosado, deceased, and mother, as next friend CMRG, a minor; Jeremy Jose Roman Guzman; Sebastian Gabriel Roman Santos; Jose Roman; Clara Rosado; Nicoleta Iuliana Padureanu, individually and as personal representative of the Estate of David Samuel Albandoz, deceased, and as mother, as next friend AIA, a minor; Roberto Espada Vega, individually and as personal representative of the Estate of Roberto Angel Espada Gali, deceased, et al.,

*Plaintiffs-Appellants,*

*v.*

**STANDARD AERO (SAN ANTONIO), INC.**; Standard Aero Redesign Services, Inc.,

*Defendants-Appellees*

**On Appeal from the U.S. District Court for the Western District of Texas, San Antonio Division**

**PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF**

**PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION FOR**
**AN EXTENSION OF TIME TO FILE REPLY BRIEF**

By order of this Court, plaintiffs-appellants' reply brief in the above-captioned matter is currently due on **Friday, March 6, 2026**. Pursuant to Fed. R. App. P. 27 and 5th Cir. R. 26-2, plaintiffs-appellants respectfully move for a 21-day extension of time to file their reply brief—to and including **Friday, March 27, 2026**. This is plaintiffs-appellants' first request for an extension (plaintiffs-appellants filed their opening brief without any extension on **December 15, 2025**). The requested extension is supported by good cause.

In particular, plaintiffs-appellants' co-counsel and their firm, Nolan Law Group, who were trial counsel in the district court, have a civil trial in federal court scheduled for the opening weeks of March in *Wiedenhoft* v. *Turkish Airlines*, 1:24-cv-02591 (N.D. Ill.). Specifically, trial is set to begin on Monday, March 9, 2026, and the final pre-trial conference is scheduled for Wednesday, March 4, 2026—two days before plaintiffs-appellants' reply brief in this case is currently due.

Plaintiffs-appellants are therefore seeking this extension to ensure that trial counsel are able to fully assist the undersigned in the preparation of the reply brief—at least some of which is likely to depend

upon trial counsel's extensive familiarity with the (voluminous) trial court record.

Undersigned counsel has consulted with counsel for defendants-appellants, who responded that defendants-appellants do not oppose this request.

For these reasons, counsel respectfully submits that the motion for an extension of time should be granted.

Submitted by:

**STEPHEN I. VLADECK**
*Counsel for Plaintiffs-Appellants*
600 New Jersey Ave., N.W.
Washington, DC  20001
(202) 662-9313
svladeck@gmail.com

February 17, 2026

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitation set forth in Fed. R. App. P. 27(d)(2)(A), in that it contains 249 words, excluding the parts of the document exempted by Fed. R. App. P. 32(f), according to the word-processing system used to prepare this motion. This motion complies with Fed. R. App. P. 32(a) and was prepared in Microsoft Word using 14-point Century Schoolbook font. I further certify that this motion was filed in electronic format through the Court's CM/ECF system on February 17, 2026.

**STEPHEN I. VLADECK**
*Counsel for Plaintiffs-Appellants*
600 New Jersey Ave., N.W.
Washington, DC  20001
(202) 662-9313
svladeck@gmail.com